**Susan ATKINS, Petitioner—Appellant,**

v.

**John DOVEY, Warden, Respondent— Appellee.**

No. 05–56321.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 9, 2007.

Filed July 16, 2007.

James W. Whitehouse, Esq., San Juan Capistrano, CA, for Petitioner–Appellant.

Julie L. Garland, Esq., AGCA–Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: KOZINSKI, KLEINFELD and TALLMAN, Circuit Judges.

**MEMORANDUM** *

Petitioner has presented no facts to support her claim that her denial of parole was an "arbitrary, wrongful government action[ ]" that violates the substantive component of the Due Process Clause. *Foucha v. Louisiana,* 504 U.S. 71, 80, 112 S.Ct. 1780, 118 L.Ed.2d 437 (1992).

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

